# In the United States Court of Federal Claims

No. 13-575C

Filed: December 11, 2015

```
************************************
AAR MANUFACTURING, INC., and        *
WEATHERHAVEN RESOURCES,             *
LTD.,                               *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
        Defendant.                  *
************************************
```

## ORDER

Pursuant to Rule 54(d) of the Rules of the United States Court of Federal Claims, the court accepts the December 8, 2015 Stipulation For The Entry Of Judgment. Therefore, the Clerk of the United States Court of Federal Claims is ordered to enter final judgment against the Government in the amount of $2,000,000, in accordance with the Stipulation.

**IT IS SO ORDERED**.

 s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**